**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2370**

_____

MICHAEL LADALE REEVES,

                Plaintiff – Appellant,

          v.

NUVOX COMMUNICATIONS, INCORPORATED,

                Defendant – Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Henry M. Herlong, Jr., Senior
District Judge.   (6:08-cv-04031-HMH)

_____

Submitted:  June 17, 2010            Decided:  June 23, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Ladale Reeves, Appellant Pro Se.   Charles Edgar
McDonald, III, John Timothy Merrell, Madison Baker Wyche, III,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ladale Reeves appeals the district court's order adopting the magistrate judge's recommendation to grant Defendant's summary judgment motion on his discrimination and retaliation claims under the Americans with Disabilities Act of 1990, 42 U.S.C.A. § 12101 to § 12213 (West 2005 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Reeves v. Nuvox Commc'ns, Inc., No. 6:08-cv-04031-HMH (D.S.C. Nov. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2